# Exhibit A

**[Print in black ink all areas in bold letters. This summons must be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Dana Escoffier / Dana Escoffier as the legal guardian of Price Cofield
**[your name(s)]** Plaintiff(s),

- against-

NATIONAL RAILROAD PASSENGER CORPORATION DBA/ AMTRAK
**[name(s) of party being sued]** Defendant(s)

**SUMMONS**

**Index Number** 100247/26

**Date Index Number Purchased**

________________, 20__

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: February 26, 2026
**[date of summons]**

[signature]
**[sign your name]**

DANA ESCOFFIER PRICE COFIELD
**[print your name]**

523 Hudson St. #4FS
**[your address and telephone number]**
New York, NY 10014
212 675 3836

FILED
MAR - 9 2026
NEW YORK COUNTY
COUNTY CLERK

AMTRAK
**[name and address of defendant(s)]**
400 W. 31st St.
New York NY 10001

**[name and address of defendant(s)]**

Venue: Plaintiff(s) designate(s) New York County as the place of trial. The basis of this designation is:

- ☒ Plaintiff(s) residence in New York County
- ☐ Defendant(s) residence in New York County
- ☐ Other **[See CPLR Article 5]**: ________________

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------x

Dana Escoffier / Dana Escoffier as the legal guardian of Price Cofield

Plaintiffs,

-against-

Index No. 100247/26

National Railroad Passenger Corporation
DBA/ AMTRAK,

COMPLAINT

Defendants.

---------------------------------------------------------------------x

FILED
MAR - 9 2026
NEW YORK COUNTY
COUNTY CLERK

ALLEGATIONS

1. Breach of contract;
2. Racial discriminaation;
3. Denial for travel though listed on travel manifest;
4. Reckless endangerment;
5. Negligence
5. Mental anguish
6. Emotional distress

(Please see next pages)

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Dana Escoffier/ Dana Escoffier as the legal guardian of X
Price Cofield,

Plaintiffs,

-against- Index No. 100247/26

National Railroad Passenger Corporation
DBA/ AMTRAK,

Defendants.

X

To The Supreme Court of the State of New York

The Complaint of the Plaintiffs Dana Escoffier (DE) and Price Cofield (PC) respectfully shows and alleges as follows:

1. Plaintifs herein stated are residents of New York State residing at 523 Hudson Street #4FS New York, NY 10014.,
2. The defendant herein stated National Railroad Passenger Corporation DBA/ Amtrak has a principle place of business at 400 West 31st Street, New York, NY 10001.
3. Plaintiffs purchased tickets for travel, via Amtrak, for March 8, 2023. Plaintiffs and defendant had entered into a binding contract and were on Amtrak's manifest for travel. Pursuant to the contract, plaintiffs paid defendant a sum of $350.00 for travel one way.
4. Plaintffs arrived at Amtrak's Moynihan train hall on March 8, 2023 for travel to New Orleans, LA.
5. Price Cofield is disabled and suffers from an ataxic gait and was needing wheel chair assistance to the train from the train hall. When speaking with a Red Cap employee, we both complained of shoddy and negligent service previously

rendered and asked that it not be repeated, indicating we will gladly tip but sterling service is expected for a handsome tip. The response was shocking when the Red Cap employee stated to other employee's, "The hell with them niggers".

8. After delay, a Red Cap employee approached DE and PC and stated he would transport, via wheel chair, Mr. Cofield to the departing track for New Orleans. Both DE and PC were transported to Track 19 and left there. After at least a 35 minute wait, we both realized that our train was a no show, only to later learn we were purposely transported to track 19 which serviced the LIRR. Having been left on an outdoor tack in the bitter cold was reprehensible.

9. DE and PC had to navigate our way back to the train hall via a train platform that was very narrow at different points and it became very dangerous as the wheel chair almost fell to the tracks due to narrowness of platform. The platform was about the length of three city blocks before we arrived at an elevator.

10. After navigating our way, with difficulty in unknown territory [platform], back to the train hall, PC and DE complained profusely while some Red Cap employees laughed and snickered, but stated we were taken to track 19 .

11. When seeking to speak with a manager, we were told that it "was impossible to have been taken to the LIRR track 19". Both DE and PC were called the 'N-word' by Amtrak personnel and were told we would not be allowed to ride on an Amtrak train. There was no justification for denial of acess to service on Amtrak.

12. National Railroad Passenger Corp./Amtrak is the recipient of Federal Funding and violated Title VI of the Civil Rights Act of 1964 by racially discriminating and general discrimination against PC and DE.

13. Amtrak breached its binding contract to transport PC and DE and placed a wheel chair bound person, PC, in grave danger as PC had to navigate a long, and at times, narrow platform back to the train hall only to meet with vile discrimination because dissatisfaction was expressed for failure to provide service pursuant to a binding contract and having been purposely taken to and left on a

non-Amtrak platform in the bitter cold.

14. PC and DE suffered a breached of contract, placed in danger, suffered wanton recklessness, negligence, suffered mental anguish, emotional distress and were discriminated against.

15. DE and PC reserve the right to amend this complaint.

Plaintiffs request $500,000.00 in damages.

CONTINUED ON NEXT PAGE

INDEX NO. 100247/26

**SUPREME COURT OF THE STATE OF NEW YORK**

**COUNTY OF NEW YORK**

Dana Escoffier/Dana Escoffier as the legal guardian of Price Cofield.

**Plaintiff/Petitioner**

-against-

National Railroad Passenger corporation d/b/a Amtrak

**Defendant/Respondent**

**To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR)**

**Sign Name:** X [signature]

**Print Name:** X DANA ESCOFFIER

**Address:** 523 Hudson St, Apt. 4FS
New York, New York 10014

**Telephone:** 212-675-3836

**Email:**

Dated: February 27, 2026

[sign your name]

Dana Escoffier
[print your name]

523 Hudson St, Apt. 4FS
New York, New York 10014
212 675 3836
[your address and telephone number]

## VERIFICATION

STATE OF NEW YORK
COUNTY OF New York ss:

Dana Escoffier [your name], being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

[sign your name in front of a notary]

DANA ESCOFFIER
[print your name]

Sworn to before me this
______ day of MAR 09 2026, 20_____

Notary Public

ERICA AUCAQUIZHPI
Notary Public, State of New York
Reg. No. 04AU0032419
Qualified in New York County
Commission Expires December 31, 2028

Rev. 12/02/2025

Printed: 3/25/20