UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA ESCOFFIER, ET AL.,

Plaintiffs,

- against -

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

Defendant.

26-cv-6212 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiffs may file an amended complaint. The time to file an amended complaint is extended to January 15, 2027.

The plaintiffs are encouraged to contact the City Bar Justice Center with regard to the filing and service of any such amended complaint and any corresponding summons. A brief summary of certain services provided by the City Bar Justice Center, as well as contact information, has been appended to this Order. The plaintiffs are likewise encouraged to discuss service of an amended complaint and any corresponding summons with counsel for the defendant.

Absent any agreement among the parties, the defendant may proceed to file a motion to dismiss the plaintiffs' amended complaint by January 29, 2027.

The Clerk of Court is respectfully directed to close ECF No. 8.

The Clerk of Court is further directed to mail a copy of this Order to the plaintiffs at 523 Hudson Street #4FS New York, NY 10014 and to note mailing

on the docket. The Clerk is also requested to add this address to the docket as the contact information for the plaintiffs

**SO ORDERED.**

**Dated:** **New York, New York**
**August 10, 2026**

**John G. Koeltl**
**United States District Judge**

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
    - Scan the QR code to the right.
    - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794**, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)