**LETTER MOTION SEEKING ISSUANCE OF SUMMONS AND EXTENSION OF TIME TO SERVE**

November 6, 2026

Application granted. The Clerk is respectfully requested to issue a summons to the plaintiffs. The time for the plaintiffs to serve the Amended Complaint is 90 days after issuance. The defendant may wish to arrange for service. A copy of this Order should be mailed to the plaintiffs by the Clerk and mailing noted on the docket. SO ordered.
[signature]
U.S.D.J.
11/11/26

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Escoffier v. National RR Passenger Corp.*, 1:26-cv-6212-JGK

Dear Judge Koeltl,

We are the plaintiffs in the above-referenced action, appearing *pro se*.[1] In July 2026, Defendant removed this action from New York State Court to the United States District Court.

Pursuant to Your Honor's Order dated August 10, 2026, Plaintiffs have been granted leave to file an amended complaint on or before January 15, 2027, and we intend to do so.

Defendant has argued that this case should be dismissed because we did not properly serve the original summons and complaint and failed to file an affidavit of service in state court before the case was removed to federal court. Defendant acknowledges receipt of the summons and complaint by regular mail.

We recently consulted with the City Bar Justice Center's Federal Pro Se Legal Assistance Project and learned that, after removal, we could have served Defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure if service was not properly completed before removal. Unfortunately, we did not learn this until a little more than 90 days had passed since the date of the removal to this Court.

We also learned that this Court has the discretion under 28 U.S.C. 1448 to allow a party to complete service after removal. We, therefore, ask the Court to issue a summons for Defendant and extend the time of service of our original complaint to 90 days after issuance.

[1] This letter was prepared with help from the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York.

Thank you very much for your consideration of this request.

Respectfully Yours,

/S/
Dana Escoffier
Price Cofield
Plaintiffs *Pro Se*
523 Hudson Street Apt. 4FS
New York NY10014

cc: Andrew B. Charkow
Counsel for Defendant National Railroad Passenger Corp.
acharkow@lcbf.com